**NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.**

In the Supreme Court of Georgia

Decided: August 26, 2025

S25Y1174. IN THE MATTER OF VI BUI.

PER CURIAM.

This is the second appearance before this Court of this disciplinary matter involving Vi Bui (State Bar No. 801751), who has been a member of the State Bar since 2013. Bui previously filed a voluntary petition for suspension following the issuance of a formal complaint, see Bar Rule 4-227(c), after he entered a guilty plea to one felony count of corruptly endeavoring to obstruct or impede the due administration of the Internal Revenue Code under 26 USC § 7212(a). In his voluntary petition for suspension, Bui stated that he would submit within 45 days of his sentencing a new petition requesting a final disciplinary disposition. On February 18, 2025, this Court issued an order accepting Bui's petition and suspending him from the practice of law pending the resolution of

his criminal matter and until further order of the Court. See *In the Matter of Bui*, S25Y0576 (Feb. 18, 2025).

On May 29, 2025, Bui filed in this Court a petition for the voluntary surrender of his license, in which he admits that on May 15, 2025, he was sentenced in the criminal case to 16 months in prison to be followed by supervised release for a period of one year. Bui further admits that his conduct violated Rule 8.4(a)(2)[1] of the Georgia Rules of Professional Conduct, found in Bar Rule 4-102(d). The maximum sanction for a violation of this rule is disbarment. The State Bar filed its response, asking this Court to accept Bui's petition.

Having reviewed the record, we agree to accept Bui's petition for voluntary surrender of his license, which is tantamount to disbarment, as this is an appropriate sanction for his admitted violation of Rule 8.4(a)(2). See *In the Matter of Huber*, 320 Ga. 314 (2024) (accepting petition for voluntary surrender of license where

---

[1] Rule 8.4(a)(2) provides that it shall be a violation of the Georgia Rules of Professional Conduct to "be convicted of a felony."

attorney's felony convictions violated Rule 8.4(a)(2)); *In the Matter of Hardwick*, 315 Ga. 840 (2023) (same). Accordingly, it is ordered that the name of Vi Bui be removed from the rolls of persons authorized to practice law in the State of Georgia. Bui is reminded of his duties pursuant to Bar Rule 4-219(b).

*Voluntary surrender of license accepted. All the Justices concur.*